ELECTRONIC RULING FOLLOWING IN CAMERA REVIEW IN GAWRON V. SCRIVO, 14 CV 537 (JBA)

11/13/14 – Familiarity is presumed with this Magistrate Judge's Electronic Ruling on Plaintiffs' Motion for Protective Order, filed October 29, 2014 (Dkt. #21)["October 2014 Discovery Ruling"].

Pursuant to the October 2014 Discovery Ruling, on November 8, 2014, plaintiffs forwarded the entire file of Investigative Partners, LLC to this Magistrate Judge for her in camera review. The file consists of a mere thirty-six pages. The first ten pages consist of the four-page report, and three signed sworn statements, two pages each, of plaintiff Kniejzneski and two non-party witnesses, Herman Cameron and Patricia Purcell; such documents already have been provided to defense counsel. Another nineteen pages consists of copies of the various subpoenas and attachments served on Investigative Partners, of which defense counsel obviously has copies.

The remaining seven pages consist of the following: two pages containing three photos of the area surrounding the First and Last Tavern; one page listing Investigative Partners' activity, by date; two pages with Investigative Partners' bill to plaintiffs'counsel and a copy of the check received; one page with a copy of an article in the Middletown Press on August 6, 2011; and one page with a list of witnesses.

Of these remaining seven pages, production is only required of the two pages of photographs. Plaintiffs' counsel shall comply **on or before November 24, 2014**.[1]

---

[1] If any counsel believes that a settlement conference before this Magistrate Judge would be productive, he or she should contact Chambers accordingly.